James Everard's Breweries, Appellant, v. Patrick F. Cusick and Charles A. Christman, Respondents, Impleaded with Michael McGovern and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Anne Pyne, Respondent, v. Catharine Curran and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert Kunitzer, Appellant, v. Medical Society of the County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. John P. Ryan, Respondent, v. Thomas O'Connell, Clerk of the Municipal Court of the City of New York, Borough of Manhattan, First District, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied. No opinion.

Marvin F. Butler and Others, Respondents, v. Standard Milk Flour Company, Appellant. (2 cases.) — Orders affirmed, without costs. No opinion.

Harriet L. Deal, Appellant, v. George H. Lester, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Andrew J. Toland and Willian F. Clare, as Surviving Executors, etc., of Hugh O'Donnell, Deceased, and Others, Appellants, v. Thomas Bracken and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Reine Conrad, Respondent, v. George J. Conrad, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion.

Vitall Benguiat and Leopold Benguiat, Appellants, v. H. Ephraim Benguiat and Mordecai Benguiat, Individually and as Copartners, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Michele Sciarillo, Appellant, v. Joseph P. Hennessy and Others, Composing the Board of Assessors of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements, on People ex rel. Flaxman v. Hennessy (74 Misc. Rep. 166; affd. on opinion below, sub nom. People ex rel. Massolles v. Hennessy, 149 App. Div. 952).

The People of the State of New York ex rel. Israel Benjamins, Appellant, v. Henry S. Thompson, as Commissioner of the Department of Water Supply, Gas and Electricity of the City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Susan E. Fuller, Appellant, v. New York Central Storage Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob S. Friedman and Michael Friedman, Respondents, v. Jack Katz and Louis Meyer, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.